March 20, 2017

**TO**

Mr. Peter R. Marksteiner, Federal Circuit

**FROM**

Michael L. Buesgens a/k/a Nevada Smith
PO Box 294
Morristown, Minnesota 55052

RECEIVED

MAR 27 2017

United States Court of Appeals
For The Federal Circuit

## COMPLEX LITIGATION

Dear Mr. Marksteiner:

Everything about Michael Buesgens nationwide multi-district litigation says complex litigation.

Cases closed and never litigated.

Have evidence will travel.

Let us make this happen.

PUT A PATENT ON IT

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Nevada Smith                                Case No. 16-CV-2436(WMW/TNL)
A/K/A Michael Buesgens

        Plaintiff,


v.                                **NOTICE OF APPEAL COURTS DECISIONS**

Best & Flanagan, LLP

Steven R. Kruger,
General Partner

Charles C. Berquist,
General Partner

Edward P. Sheu,
Attorney

Timothy A. Sullivan,
Attorney

60 South 6th Street, Suite 2700
Minneapolis, MN 55402


        Defendants

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT, THIRD CIRCUIT, EIGHTH CIRCUIT AND SEVENTH CIRCUIT


**Sequence of Events or**

1

## Exhibit 1

### Robin J. Weinberger, Eighth Circuit, Chief Deputy Clerk

1. Eighth Circuit letter dated October 21, 2016. Related pre-filing injunction Case No. 1:07-CV00427-SS, Judge Sam Sparks, at U.S. District Court, Austin, Texas.

A. Defendants Best & Flanagan, LLP brought in federal court orders from outside the Eighth Circuit into Judge Diane M. Hanson Scott County Court, Shakopee, Minnesota. Judge Hanson supported the Best all the way down the line

B. Defendants wrongdoing produced Case No. 16-CV-2436-WMW-TNL, St. Paul, Minnesota

C. Now Best & Flanagan, LLP defendants Steven R. Kruger, Charles C. Berquist, Edward P. Sheu and Timothy A. Sullivan need more judicial help.

> Best & Flanagan, LLP
> 60 South Sixth Street, Suite 2700
> Minneapolis, Minnesota 55402

## Exhibit 2

### Case No. 16-CV-2436-WMW-TNL
### Lynnette Brennan, U.S. District Court Minnesota

2. U.S. District Court, Fergus Falls, Minnesota transmittal of appeal to the Eighth Circuit dated January 3, 2017. Plaintiff did not file appeal to the Eighth Circuit. Plaintiff filed appeal to the Federal Circuit on January 3, 2017.

## Exhibit 3

### Appeal No. 17-1041
### Michael E. Gans, Eighth Circuit Clerk of Court

3. Eighth Circuit appeal letter and order dated January 6, 2017. Pay $505.00

and documents should be submitted within 10 days

## Exhibit 4

### JCP Nos. 08-17-90007-90008
### Michael E. Gans, Eighth Circuit Clerk of Court

4. Eighth Circuit judicial complaint dated January 26, 2017 against

Hon. Wilhelmina M. Wright and Hon. Tony N. Leung. Case No. 16-CV-2436, for

filing plaintiff appeal at the Eighth Circuit.

## Exhibit 5

### Federal Circuit Judicial Misconduct Complaints
### Peter M. Marksteiner, Clerk of Court

5. Federal Circuit letter dated January 27, 2017.

## Exhibit 6

### No. FC-90010
### Peter R. Marksteiner, Federal Circuit Clerk of Court

6. Federal Circuit judicial complaint letter dated January 30, 2017 against

Hon. Wilhelmina M. Wright and Hon. Tony N. Leung, for failure to file plaintiff

appeal to the Federal Circuit.

## Exhibit 7

### Appeal No. 17-111
### Peter R. Marksteiner, Federal Circuit Clerk of Court

7. Federal Circuit docketing statement dated February 1, 2017. Appellant Michael Buesgens a/k/a Nevada Smith received this on March 2, 2017.

## Exhibit 8

### Marcia M. Waldron, Third Circuit Clerk

8. Third Circuit letter dated February 8, 2016, Dana M. Porter, Plaintiff and former IRS employee and Michael Buesgens, Intervener and former IRS employee. Case No. 2:07-CV-01541-BWK, at U.S. District Court, Philadelphia, PA and related Bankruptcy Case No. 07-13246-JKF.

A. Susan R. Becker, AUSA, Philadelphia, PA, Judge Sam Sparks pre-fling injunction order

B. Jeffrey P. Hoyle, Attorney, Media, PA, against Dana M. Porter, Plaintiff


C. Judge Wilhelmina M. Wright, Former AUSA

## Exhibit 9

### Millie B. Adams, Circuit Executive for the Eighth Circuit

9. Eighth Circuit letter dated February 23, 2017, no misconduct and the Eighth Circuit is the place for appeals, not the Federal Circuit.

## Exhibit 10

### Seventh Circuit Appeal No. 10-2309
### Case No. 2:08-CV-00436-CNC, at U.S. District Court, Milwaukee, WI

10. Intervener and former IRS employee Michael Buesgens a/k/a Nevada

Smith request for copy of settlement agreement dated February 24, 2017.

A. Susan N. Knepel and Michelle Jacobs at U.S. Attorney Office

B. Alan C. Olson & Associates for Stacy L. Ellis, Plaintiff, former IRS

Employee

C. James William Allen, JR, HHS-FOH-IRS Telemedicine doctor,

Wilmington, DE

D. Judge Wilhelmina M. Wright, Former AUSA, U.S. Attorney Office
Case No. 16-CV-2436 and Case No. 1:07-CV-00427-SS

## Exhibit 11

### Third Circuit No. 17-8004
### Marcia M. Waldron, Clerk

11. Marcia Waldron Order dated March 2, 2017.

A. Case No. 2:07-CV-01541-BWK, at U. S. District Court, Philadelphia, PA

B. Bankruptcy Case No. 07-13246-JKF, Philadelphia, PA

C. Judge Sam Sparks, Austin, TX, nationwide sua sponte and defective

pre-filing injunction order.

D. Fifty defendants is not enough, says intervener Michael Buesgens.

E. Vast Conspiracy, says Susan R. Becker, AUSA, Philadelphia, PA

## Exhibit 12

### JCP Nos. 08-17-90007 / 08-17-90008
### William J. Riley, Chief Judge, Eighth Circuit

12. Honorable William J. Riley order dated March 9, 2017

## Exhibit 13

### Federal Circuit No. 2017-111
### Honorable Sharon Post and Peter R. Marksteiner, Clerk of Court

13. Order and Supporting Memorandum dated March 9, 2017, lack of jurisdiction.

## Exhibit 14

### Eighth Circuit No. 17-1041
### Honorable Benton, Bowman and Shepard, Circuit Judges

14. Judgment dated March 14, 2017, lack of jurisdiction.

## CONCLUSION

### No Judicial Misconduct by Judge Wright and Judge Leung

15. Plaintiff Nevada Smith a/k/a Michael Buesgens is the one who makes the decision to appeal and where to appeal.

16. Plaintiff is the decision maker on when and where he files appeals and no one else.

17.  Hon. Wilhelmina M. Wright and Honorable Tony N. Leung in Case

No. 16-CV-2436-WMW-TNL did not send plaintiff appeal to the Federal Circuit.

18. Judge Wright and Judge Leung sent plaintiff appeal to the Eighth

Circuit.

## No Judicial Employee Misconduct

19. At U.S. District Court, St. Paul, MN, U.S. District Court, Fergus Falls,

MN and U.S. Court of Appeals for the Eighth Circuit

## Jurisdiction

20. Belongs to Judge Whilhelmina M. Wright, Magistrate Judge Tony N

Leung, Defendants Best & Flanagan, LLP and U.S. Attorney Office nationwide.

Respectfully Submitted,

Nevada Smith a/k/a Michael Buesgens,
Plaintiff, Intervener, Appellant, Pro Se
March 20, 2017

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I sent a copy of this document by first class mail

on this 20th day of March 2017 to

   1. United States District Court, District of Minnesota
      316 North Robert Street
      100 Federal Building
      St. Paul, Minnesota 55101

   2. United States Court of Appeals for the Federal Circuit
      Clerk's Office
      717 Madison Place, NW
      Washington, DC 20439

Nevada Smith, Plaintiff, Pro Se
PO Box 294
Morristown, Minnesota 55052
Phone: 802-552-7975
Email: nevadasmith@subliminalqt.com
March 20, 2016

# EXHIBIT 1

United States Court of Appeals
For the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

Michael E. Gans
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 21, 2016

Nevada Smith
A/K/A Michael Buesgens
P.O. Box 294
Morristown, MN 55052

Dear Mr. Smith:

This is to acknowledge your letter of October 10, 2016, directed to Chief Judge William J. Riley, regarding instructions for seeking leave of court to file an action in federal court. To begin, any complaint or request to file a a civil action in federal court must first be directed to the federal district court and not the Court of Appeals. Accordingly, you should direct your question to the federal district court that may have jurisdiction.

Sincerely,
Robin J. Weinberger
Chief Deputy Clerk

# EXHIBIT 2



# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

## TRANSMITTAL OF APPEAL

Date:   January 3, 2017

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   Lynnette Brennan     , U.S. District Court-Minnesota

In Re:   District Court Case No.:   16-cv-2436 (WMW/TNL)
Eighth Circuit Case No.:   Add case number
Case Title:   Smith v. Best & Flanagan, LLP et al

The statutory filing fee has:
☐been paid, receipt number: Add receipt number
☒**not been paid as of 1/3/2017**
   **IFP**   ☐**is**   ☒**is not pending**
☐been waived because:
   ☐Application for IFP granted      ☐USA filed appeal

Length of Trial:   N/A days

Was a court reporter utilized?      ☐Yes   ☒No
If yes, please identify the court reporter:
**Name:** Add name
**Address:** Add street address
Add street address
Add city, state and zip
**Phone:** Add phone number

**United States Court of Appeals**
*For-The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 06, 2017

Mr. Nevada Smith
P.O. Box 294
Morristown, MN 55052

RE: 17-1041 Nevada Smith v. Best & Flanagan, LLP, et al

Dear Mr. Smith:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CYZ

Enclosures

cc:    Mr. Richard Sletten

District Court Case Number: 0:16-cv-02436-WMW

Please Dismiss Defendant's Appeal Now
The court Clerk and Judge at U.S. District Court Failed to Transmit
Plaintiff Nevada Smith (aka) Michael Buesgens Appeal Filed Under
FRAP Rule 4 and 5 to the United States court of appeals for the Federal Circuit
On
January 3, 2017

# EXHIBIT 3

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1041

Nevada Smith, also known as Michael L. Buesgens

Appellant

v.

Best & Flanagan, LLP, Law Firm Respondent Superior, et al.

Appellees

Why is this case being steered at the United States District Court, Minneapolis, MN?

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-02436-WMW)
Case Filed at United States District Court, St. Paul, Minnesota on July 18, 2016

---

## ORDER

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, CDs, videos, administrative records and state court files. These documents should be submitted within 10 days.

January 06, 2017

Please send the Record to the United States Court of Appeals for the Federal Circuit
Clerk's Office, Room 401
717 Madison Place, N.W.
Washington, D.C. 20439

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1041

Nevada Smith, also known as Michael L. Buesgens

Appellant

v.

Best & Flanagan, LLP, Law Firm Respondent Superior, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-02436-WMW)

---

## ORDER

The $505 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 21 days of the date of this order. If appellant does not pay the fee or move for IFP status by January 27, 2017, a show cause order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

January 06, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans

# EXHIBIT 4

**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

•

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 26, 2017

Mr. Nevada Smith
P.O. Box 294
Morristown, MN  55052

　　　　Re:  JCP Nos. 08-17-90007-90008   Complaint of Nevada Smith

Dear Mr. Smith:

　　　　I wish to acknowledge receipt of the judicial complaint which you have filed against Hon. Wilhelmina M. Wright and Hon. Tony N. Leung.  A copy of the complaint has been sent to the chief judge of the circuit for his review and appropriate action. A copy has also been sent to Hon. John R. Tunheim, Chief Judge of the District of Minnesota. You will be promptly notified of any action taken.

　　　　No action will be taken on your reference to "Judge John Doe" in your complaint. Pursuant to the Rules for Judicial-Conduct and Judicial-Disability Proceedings, the federal judge or magistrate must be named.

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　Michael E. Gans
　　　　　　　　　　　　Clerk of Court

/dmh

# EXHIBIT 5

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## HOWARD T. MARKEY NATIONAL COURTS BUILDING
### 717 MADISON PLACE, NW
### WASHINGTON, DC 20439

Peter R. Marksteiner                                    202-275-8000 (T)
Clerk of Court                                          202-275-9678 (F)


January 27, 2017


Nevada Smith
P.O. Box 294
Morristown, MN 55052


RE:     Judicial Misconduct Complaints Nos. FC-17-90006, FC-17-90007,
        FC-17-90008, and FC-17-90009

Dear Mr. Smith:

This will acknowledge receipt on January 23, 2017, of your Complaints of
Judicial Misconduct under Rule 8(d) of the Rules for Judicial Conduct and Judicial
Disability Proceedings.

Sincerely,

Peter R. Marksteiner

# EXHIBIT 6

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## HOWARD T. MARKEY NATIONAL COURTS BUILDING
### 717 MADISON PLACE, NW
### WASHINGTON, DC 20439

Peter R. Marksteiner                                          202-275-8000 (T)
Clerk of Court                                                202-275-9678 (F)


January 30, 2017


Nevada Smith
P.O. Box 294
Morristown, MN 55052

RE:   Judicial Misconduct Complaint No. FC-17-90010

Dear Mr. Smith:

This will acknowledge receipt on January 23, 2017, of your Complaint of
Judicial Misconduct under Rule 8(d) of the Rules for Judicial Conduct and Judicial
Disability Proceedings. Please disregard the previous letter dated January 27, 2017,
which listed the incorrect docket number. Please use docket number FC-17-90010
on all future correspondence regarding this matter.

Thank you.

Sincerely,

Peter R. Marksteiner

# EXHIBIT 7

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 17-111 - Buesgens v. Best & Flanagan, LLP

**Date of docketing:** February 1, 2017

A petition for permission to appeal has been filed.

**Name of Petitioner(s):** Michael L. Buesgens

**Name of respondent(s),** if known: Charles C. Berquist, Edward P. Sheu, Steven R. Kruger, Timothy A. Sullivan, Best & Flanagan, LLP

**Related action(s):** if known: United States District Court for the District of Minnesota  0:16-cv-02436-WMW-TNL

Critical dates include:

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court


cc: United States District Court for the District of Minnesota
Michael L. Buesgens

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Michael L. Buesgens          v.          Best & Flanagan, LLP

Case No. _____ 17-111 _____

## CERTIFICATE OF INTEREST

Counsel for the:
☒ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Michael L. Buesgens | Michael L. Buesgens | None |
| a/k/a Nevada Smith | a/k/a Nevada Smith | |
| | | |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

None

March 6, 2017

Date

Signature of counsel

Michael L. Buesgens

Printed name of counsel

Please Note: All questions must be answered

cc:   Charles C. Berquist, General Partner

Reset Fields

FORM 8. Entry of Appearance

Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Michael L. Buesgens        v.        Best & Flanagan, LLP

No.        17-111

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☒ Pro Se        ☐ As counsel for:        Michael L. Buesgens

Name of party

I am, or the party I represent is (select one):

☒ Petitioner        ☐ Respondent        ☐ Amicus curiae        ☐ Cross Appellant

☐ Appellant        ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant        ☐ Respondent or appellee

| | |
|---|---|
| Name: | Michael L. Buesgens a/k/a Nevada Smith |
| Law Firm: | Pro Se |
| Address: | PO Box 294 |
| City, State and Zip: | Morristown, Minnesota 55052 |
| Telephone: | 802-552-7975 |
| Fax #: | None |
| E-mail address: | nevadasmith@subliminalqt.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):        None

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes        ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date   March 6, 2017        Signature of pro se or counsel   _Michel Bug_

cc:   Charles C. Berquist, General Partner

Reset Fields

*FEDERAL CIRCUIT* *APPEARANCE* **Customer Receipt**
*INTEREST* **(For use by Rural Carriers and Highway Contract Routes only)**

Amount *(Written Out)*

FIVE AND EIGHTY EIGHT /100 Dollars

☐ Check Here for Temporary Receipt
*(Payment Received -- Total Cost Not
Yet Calculated)*

Amount *(In Numbers)*

MORRISTOWN, MN
S.DU

MAR 07 2017

55052

Purpose

POSTAGE

By *(Signature)*

Date *(MM/DD/YYYY)*

03

PS Form **1096**, October 2009  PSN 7530-02-000-7346

# EXHIBIT 8

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 8, 2017

Nevada Smith a/k/a Michael Buesgens
P.O. Box 294
Morristown, MN 55052

RE: <u>Undocketed in Court of Appeals</u>

Dear Nevada Smith:

This letter acknowledges receipt of your submission titled "Notice of Appeal", on February 2, 2017, and your submission regarding Fraud Upon the Court on February 7, 2017. No action will be taken on your submissions. To the extent you wish to file a notice of appeal, the notice must be filed in the appropriate lower court. To the extent you wish to reopen your civil actions and bankruptcy cases, the motion to reopen must be filed in the appropriate lower court.

In addition, this is a federal court of appeals. If you are seeking to file a lawsuit, this court has no jurisdiction to hear your case. Your complaint must be filed in the appropriate United States District Court or state court. Further, this Court has no authority to initiate a criminal investigation. You may bring your concerns to the appropriate state officials or U.S. Attorney. Therefore, your submissions are being returned to you for whatever action you deem appropriate.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Enclosure

cc: Dana M. Porter

mmw/hag

# EXHIBIT 9

**United States Courts**
*Judicial Council of the Eighth Circuit*
Thomas F. Eagleton United States Courthouse
111 South 10th Street – Suite 26.325
St. Louis, Missouri 63102-1116

Millie B. Adams
*Circuit Executive*

Voice (314) 244-2600
Fax (314) 244-2605
www.ca8.uscourts.gov

February 23, 2017

Nevada Smith (aka) Michael Buesgens
P.O. Box 294
Morristown, Minnesota 55052

Re:    **Complaint of Judicial Employee Misconduct at the Eighth Circuit Court of Appeals,
St. Louis, Missouri**

Dear Mr. Smith:

This letter is sent to acknowledge receipt of your letter dated January 11, 2017.

In your letter, you allege misconduct, among other things, by the Clerk of Court of the Eighth Circuit and the Eighth Circuit Staff Attorneys. We will address this part of your complaint as it pertains to these officials because they are employed by the Eighth Circuit Court of Appeals.

You also allege misconduct by the U.S. District Court Clerk for the District of Minnesota and Defendants Best & Flanagan, LLP, Steven R. Kruger, Charles C. Berquist, Edward P. Sheu and Timothy A. Sullivan. We will not address your complaint as it pertains to the district court clerk and these other individuals who are not employed by the Eighth Circuit Court of Appeals.

The Eighth Circuit Court of Appeals has reviewed this matter and has determined that there has been no misconduct by the clerk of court or the staff attorneys, and no violation of the *Guide to Judiciary Policy*, or Ethical Canons 1-3. It has also been determined that you have not been denied access to the courts in violation of the Constitution.

Your Notice of Appeal "to the United States Court of Appeals for the Federal Circuit from final judgments and orders" was filed on January 3, 2017, in the District of Minnesota. This appeal was transmitted to the Eighth Circuit Court of Appeals and docketed on January 6, 2017. There did not appear to be a jurisdictional basis for assignment of the case to the Federal Circuit as set forth in the notice of appeal other than your argument that the Texas order you oppose is a nationwide

Nevada Smith (aka) Michael Buesgens
February 23, 2017
Page 2

order and the Federal Circuit is a nationwide court. Thereafter, you were notified by the clerk's office that the appeal had been docketed and you were advised of your options concerning filing fees. The case was then referred to the staff attorneys' office for administrative review. The matter is currently pending before the court, which will consider it in due course.

We have not received a motion from you requesting that this matter be transferred to the Federal Circuit. If such a motion were filed, it would be submitted to an Eighth Circuit Court of Appeals Administrative Panel for a ruling.

Based on the above information, the Eighth Circuit Court of Appeals has determined that there has been no misconduct or denial of access to the courts by the clerk of court or staff attorneys in the handling of your appeal, as alleged.

Sincerely,

Millie B. Adams

Millie B. Adams
Circuit Executive for the Eighth Circuit

# EXHIBIT 10

February 24, 2017

## REQUEST FOR COPY OF SETTLEMENT AGREEMENT

Seventh Circuit Appeal No. 10-2309

Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. App. P. 42(b)

Document 11, Filed July 15, 2010

**RE: Seventh Circuit Appeal No. 10-2309 and U.S. District Court,**

**Milwaukee, WI Case No. 2:08-CV-00436-CNC**

Stacy L. Ellis, IRS Employee, Disability Allergies

Plaintiff

Michael L. Buesgens A/K/A Nevada Smith

Intervener

v.

Henry M. Paulson and Timothy Geithner, Secretary's, U. S. Department of
the Treasury & Internal Revenue Service

Defendants

1

Paulson, Geithner and helpers James William Allen, MD, Pathologist,
Federal Occupational Health (FOH), IRS Nationwide Telemedicine Doctor and
Neal Lee Presant, MD, Internal Medicine, Director of Federal Occupational Health
Telemedicine, Bethesda, Maryland

**TO**

1. Michelle Jacobs, Geithner Seventh Circuit Appellate Attorney, Mequon, WI

2. Susan M. Knepel, AUSA, Paulson Attorney at U.S.D.C., Milwaukee, WI
Case No. 2:08-CV-00436-CNC

3. Jennifer J. Allen, Stacy Ellis Appellate Attorney, New Berlin, WI

4. Alan C. Olson, Alan C. Olson & Associates, Stacy Ellis Attorney at U.S.D.C.
Milwaukee, WI, New Berlin, WI

5. James William Allen, Jr., MD, Pathologist, FOH-IRS Nationwide
Telemedicine plant, Home Office Wilmington, DE.

### JAMES WILLIAM ALLEN, JR., MD, PATHOLOGIST

1. Jim is not an Allergist, Seventh Circuit Appeal No. 10-2309

2. Jim is not a Psychiatrist

3. Jim never has a doctor-patient relationship

4. Jim has nationwide protection, provided by the U.S. Attorney Offices,

5. Jim is not an independent medical examiner

6. Jim works for the Federal Occupational Health (FOH), Bethesda, MD

7. The IRS hired FOH to do medical evaluations on employees

8. Neal Lee Presant, MD, Internal Medicine is the FOH Medical Director, Bethesda, MD

9. Jim acts outside the scope of his medical specialty providing medical evaluations, for IRS employees Reasonable Accommodation and Reasonable Reassignment Requests.

10. Neal does the same thing.

11. Jim and Neal operated on IRS employees Stacy Ellis and Michael Buesgens

12. Jim and Neal know that the Internal Revenue Service and parent U.S. Department of the Treasury do not want to provide reasonable accommodation and reasonable reassignment to IRS employees.

13. Jim and Neal know how to work it for their employer.

### RELIEF

1. Please, provide a copy of Jennifer Allen and Michelle Jacobs settlement agreement, at the Seventh Circuit in Appeal N0. 10-2309, to Nevada Smith A/K/A Michael Buesgens.

### In the Alternative

2. Provide a statement that there was not a settlement agreement.

3

Respectfully Submitted,

*(signature)*

Nevada Smith A/K/A/ Michael L. Buesgens, Intervener
Motion to Intervene in Case No. 2:08-CV-00436-CNC, Filed: October 15, 2009
February 24, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed this document by first class mail on this

24th day of February 2017 to

1. Susan M. Knepel, AUSA
   Office of the U.S. Attorney
   517 E. Wisconsin Ave, Room 530
   Milwaukee, WI 53202

2. Michelle L. Jacobs, Attorney – Appeal No. 10-2309
   Biskupic & Jacobs SC
   1045 W Glen Oaks Ln, Suite 106
   Mequon, Wisconsin 53092-3477

3. James William Allen, Jr., Pathologist, FOH-ITS Telemedicine Doctor
   Home Office - IRS employee Medical Evaluation, Diagnosis & Prognosis
   2512 Lori Lane
   Wilmington, Delaware 19810

4. Alan C. Olson, Attorney
   Alan C. Olson & Associates SC – Employment Discrimination Attorneys
   2880 S. Moorland Road
   New Berlin, Wisconsin 53151-3744

5. Jennifer J. Allen, Attorney and Stacy L. Ellis, Plaintiff-Appellant
   Alan C. Olson & Associates SC
   2880 S. Moorland Road
   New Berlin, Wisconsin 53151-3744

Nevada Smith
PO Box 294
Morristown, Minnesota 55052
February 24, 2017

Charles C. Berquist, Attorney
Best & Flanagan, LLP
60 South 6th Street, Suite 2700
Minneapolis, Minnesota 55402

## EXHIBIT

1. James William Allen, Jr., MD, Neal Lee Presant, MD, Larry Kennedy,

IRS Manager Court filing in Case No. 2:08-CV-00436-CNC

Case No. 2:08-CV-00436-CNC, Milwaukee & 7th Circuit Appeal No. 10-2309

James William Allen, MD, Wilmington, DE & Neal Lee Presant, MD, Bethesda, MD

> revenue officers and will require you to be in the "red area" on a continual basis. Since it may take quite some time before we have our doctor's opinion which may or may not require testing of the entire building, we think it is your best interest to be temporarily reassigned to our downtown office at 211 E. Wisconsin Avenue effective Monday, October 16, 2006.

> Your request for advance sick leave is denied at this time pending the evaluation to be done by Dr. Presant.

(Knepel Decl., Ex. 1, 52, 54, 237-38.)                FOH-IRS Telemedicine

On October 13, 2006, Kennedy requested that the FOH provide a medical assessment of Ellis. (Kennedy Dep. 26, Ex. 4.) FOH employees are not IRS employees, but are contracted by the IRS to provide an independent assessment. (Kennedy Dep. 11.) The FOH was asked to provide the following information:

> ☐ Whether the employee has a medical condition that substantially limits a major life activity
> ☐ What the major life activity is and how it related to the employee performing essential job duties
> ☐ **If it is determined that the employee has a medical condition that substantially limits a major life activity,** provide medically based recommendations that might effectively accommodate the individual (given the limitations and restrictions of the medical condition).

(Kennedy Dep., 26., Ex. 4.)(emphasis in the original). The FOH was also advised that the manager/deciding official would "make the decision on granting or denying the RA request as well as what specific accommodation(s) will be provided based on all available information." (Kennedy Dep. 26, Ex. 4.)

The information submitted to FOH was an October 12, 2006, memo from Larry Kennedy, indicating that the medical documentation indicated that Ellis suffered from severe allergies and "sick building syndrome" and that Ellis and her doctor have stated that

IRS Manager Larry Kennedy will make the Decision, IRS, Milwaukee, WI

13

# EXHIBIT 11

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-8004

In re: Nevada Smith a/k/a Michael Buesgens
(Related to E.D. Pa. Nos. 2-07-cv-1541 & 2-07-cv-04927
and D. Minn. No. 16-cv-02436)

**ORDER**

On June 21, 2007, in W.D. Tex. Case No. 1-07-cv-00427, an opinion and order was entered barring Plaintiff from filing any future civil actions in any federal court in the United States without first seeking leave of the Court in which he wishes to file the action.

The Court received two notices of appeal from Petitioner, on February 14, 2017 and February 17, 2017, respectively, which were mailed to the United States District Court for the Eastern District of Pennsylvania, but were then forwarded to this Court for action. Included with the second notice of appeal were copies of documents that this Court had previously returned to Petitioner.

Additionally, on February 21, 2017, the Court received two notices of appeal from Petitioner, which were forwarded to us by the United States District Court for District of Minnesota. It appears that Petitioner filed the notices of appeal in D. Minn. Case No. 16-cv-02436, but directed the first notice to the United States Court of Appeals for the Third Circuit and the second to the United States District Court for the Eastern District of Pennsylvania.

All four notices of appeal appear to relate to the same proceedings in various courts, to include the United States District Court for the Eastern District of Pennsylvania, the United States Bankruptcy Court for the Eastern District of Pennsylvania, the United States District Court for District of Minnesota, the United States District Court for the Western District of Texas, and the United States Bankruptcy Court for the Western District of Texas. Petitioner is requesting that the Court review and/or reopen the various cases, some of which are not within this Circuit. Other than the

District of Minnesota case, however, all of the cases referenced by Petitioner have been closed for some time. In addition, it appears that Petitioner's involvement in each of the cases commenced after the order barring Petitioner was entered.

Accordingly, Petitioner is hereby ORDERED TO SHOW CAUSE as to (1) why the June 21, 2007 order enjoining Petitioner does not apply to these four notices of appeal; and (2) why sanctions should not be imposed for filing a frivolous notice of appeal. Petitioner's response must be filed within fourteen (14) days of the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: March 2, 2017

sb/cc: Nevada Smith

District of Minnesota case, however, all of the cases referenced by Petitioner have been closed for some time. In addition, it appears that Petitioner's involvement in each of the cases commenced after the order barring Petitioner was entered.

Accordingly, Petitioner is hereby ORDERED TO SHOW CAUSE as to (1) why the June 21, 2007 order enjoining Petitioner does not apply to these four notices of appeal; and (2) why sanctions should not be imposed for filing a frivolous notice of appeal. Petitioner's response must be filed within fourteen (14) days of the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: March 2, 2017

sb/cc: Nevada Smith

# EXHIBIT 12

# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 10, 2017

Mr. Nevada Smith
P.O. Box 294
Morristown, MN  55052

  Re: JCP Nos. 08-17-90007-90008 Complaint of Nevada Smith

Dear Mr. Smith:

  Enclosed is a copy of an Order filed today in the above-referenced judicial complaints at the direction of Chief Judge William Jay Riley.

  Pursuant to the Rules for Judicial Conduct and Judicial Disability Proceedings, I am notifying you of your right to petition the Judicial Council for review of the Chief Judge's decision. If you decide to file a petition for review, it must be received in this office of the Clerk of the Court of Appeals within thirty-five (35) days of the date of this letter and must be filed in compliance with Rule 18 of the Judicial Conduct and Judicial Disability Proceedings and Rule 6 of the Rules Governing Complaints of Judicial Misconduct and Disability. I urge you to read carefully your copy of these rules - particularly Rule 18 - before proceeding further and to note the 35-day time limit if you seek further review.

       Sincerely,

       Michael E. Gans
       Clerk of Court

/dmh

Enclosure

# JUDICIAL COUNCIL OF THE EIGHTH CIRCUIT

JCP Nos. 08-17-90007 / 08-17-90008

In re Complaints of John Doe[1]

These are judicial complaints filed on January 17, 2017, by a pro se civil litigant against the United States magistrate judge and district court judge who issued rulings adverse to the complainant.

Almost ten years ago, a federal judge in another circuit permanently barred the complainant from filing a civil action in any federal court without first obtaining permission from the court to do so. The complainant recently filed suit in an Eighth Circuit federal court anyway, alleging a law firm was misusing this pre-filing injunction against him in various state court cases initiated by the complainant. In the time his case has been pending, the complainant has failed to serve process on the defendants, but has nonetheless presented the district court with many difficult-to-decipher motions. The magistrate judge and district court judge have responded as necessary to these motions, but given the complainant's apparent unwillingness to serve the defendants, the case has progressed little. Two district court orders are particularly noteworthy: In one order, the magistrate judge (a) gave the complainant a deadline to serve the defendants before the magistrate judge would recommend dismissal, (b) warned the complainant to reduce his non-compliant and abundant filings, and (c) denied as moot two of the complainant's pending motions concerning transferring his case, given that the Judicial Panel on Multidistrict Litigation denied

---

[1]Under Rule 4(f)(1) of the Rules Governing Complaints of Judicial Misconduct and Disability of the Eighth Circuit, the names of the complainant and the judges complained about are to remain confidential, except in special circumstances not present here.

the complainant's transfer request. In another order, the district court judge denied the complainant's motion for recusal of the two judges, finding the complainant's generalized and unsupported allegations of bias and prejudice insufficient to necessitate their disqualification.

The complainant then filed a notice of appeal, seeking review of orders issued by the magistrate judge and district court judge. The complainant also wishes to challenge the ten-year-old pre-filing injunction. Although the complainant sought review from the United States Court of Appeals for the Federal Circuit—due to its "nationwide jurisdiction over U.S. District Court Orders" and the fact the "pre-filing injunction order is a nationwide order"—the appeal was docketed for review by the United States Court of Appeals for the Eighth Circuit. In his judicial complaint, the complainant accuses the magistrate judge and district court judge of "enforcing [the] defective, Sua Sponte pre-filing injunction opinion." The complainant further alleges the named judges have a "pattern and practice . . . [of] refus[ing] to comply with Federal Rules of Appellate Procedure, Rule 4." According to the complainant, he "did not request appeal to the Eighth Circuit and now the U.S. Court of Appeals for the Federal Circuit will not accept plaintiff appeal because of [the magistrate judge's and district court judge's] misconduct with plaintiff appeal."

The judicial complaints must be dismissed because they are "frivolous, [and] lacking sufficient evidence to raise an inference that misconduct has occurred." 28 U.S.C. § 352(b)(1)(A)(iii); accord Judicial-Conduct and Judicial-Disability Proceedings of the Judicial Conference of the United States (J.C.U.S.) Rule 11(c)(1)(C)-(D). Though the complainant alleges the magistrate judge and district court judge engaged in "misconduct," there are no factual allegations whatsoever that fit within the definition provided in the Rules that govern judicial complaints. See J.C.U.S. Rule 3(h) (defining "misconduct"). Instead the claims in the judicial complaints relate only to the substance of certain orders against the complainant and where his appeal challenging those orders was filed. Thus, the judicial complaints

are "directly related to the merits of a decision or procedural ruling," which also warrants dismissal. 28 U.S.C. § 352(b)(1)(A)(ii); accord J.C.U.S. Rule 3(h)(3)(A).

The complaints are dismissed.

March 9, 2017

William Jay Riley, Chief Judge
Eighth Circuit

# EXHIBIT 13

# United States Court of Appeals
# for the Federal Circuit

---

## IN RE COMPLAINT NOS. FC-17-90010 AND
## FC-17-90013

---

Before PROST, *Chief Judge.*

## ORDER AND SUPPORTING MEMORANDUM

The complainant has filed documents dated January 14, 2017 and February 17, 2017, which the court construes as judicial misconduct complaints concerning a magistrate judge and a district court judge of the United States District Court for the District of Minnesota.

Pursuant to Rule 7(a)(1) of the Rules for Judicial-Conduct and Judicial-Disability Proceedings, a complaint against a magistrate judge or district court judge "must be filed with the circuit clerk in the jurisdiction in which the subject judge holds office." If the complaint alleges misconduct in the course of official business while the subject judge was sitting on a court by designation, then the complaint may be filed either with the circuit clerk in the jurisdiction in which the subject judge sat by. designation or with the circuit clerk in the jurisdiction in which the subject judge holds office. Rule 7(b) of the Rules for Judicial-Conduct and Judicial-Disability Proceedings.

The complainant does not assert that the subject judges sat by designation with the United States Court of Appeals for the Federal Circuit. Instead, the complaints concern judges who hold office in the jurisdiction of the United States Court of Appeals for the Eighth Circuit.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 09 2017

PETER R. MARKSTEINER
CLERK

IN RE COMPLAINT NOS. FC-17-90010, -90013                    2

Thus, the complaints were filed in the wrong circuit, and dismissal of the complaints filed with this court is required pursuant to Rule 11(c)(1)(F).

Accordingly,

IT IS ORDERED THAT:

The complaints are dismissed.


| March 9, 2017 | /s/ Sharon Prost |
|---|---|
| Date | Sharon Prost |
| | Chief Judge |


There is a right to file a petition for review of this order.  Pursuant to Rule 18(b) of the Rules for Judicial Conduct and Judicial Disability Proceedings, any petition for review must be received by the circuit executive within 42 days of the date of the letter transmitting this order. Any petition must be sent to:


Circuit Executive

United States Court of Appeals for the Federal Circuit

717 Madison Place, NW

Washington, DC  20439

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

**MICHAEL L. BUESGENS, aka Nevada Smith,**
*Plaintiff-Petitioner*

v.

**BEST & FLANAGAN, LLP, STEVEN R. KRUGER,
CHARLES C. BERQUIST, EDWARD P. SHEU,
TIMOTHY A. SULLIVAN,**
*Defendants-Respondents*

2017-111

Appeal from the United States District Court for the District of Minnesota in No. 0:16-cv-02436-WMW-TNL, Judge Wilhelmina M. Wright.

## ON MOTION

PER CURIAM.

### O R D E R

Michael L. Buesgens submits a document entitled "Request [for] Leave to File Appeal at this Court."

By way of background, Mr. Buesgens filed a complaint in the United States District Court for the Western Dis-

2                      BUESGENS v. BEST & FLANAGAN, LLP

trict of Texas in 2007 naming approximately sixty sepa-
rate defendants, including federal and state employees
and judges as well as private individuals, attorneys, and
business entities.  The complaint generally alleged viola-
tions of various federal and state statutes and city ordi-
nances in connection with Mr. Buesgens' eviction, his
eviction trial, and his housing discrimination complaint.

In June 2007, the district court dismissed Mr.
Buesgens' complaint, noting that he had filed multiple
cases related to his housing and employment, many of
which were dismissed, and that "in each successive case,
[he] adds new claims seeking relief against persons and
entities he believes were responsible for his failure to
achieve relief in the prior case."  Order at 8, *Buesgens v.
Travis Cty.*, 1:07-cv-00427-SS (W.D. Tex. June 21, 2007).
Because of his continued vexatious litigation practices,
the district court barred Mr. Buesgens "from filing any
future civil actions in any federal court in the United
States without first seeking leave of the Court in which he
wishes to file the action."  *Id.* at 9–10.

Mr. Buesgens appears to be seeking leave to file an
appeal in this court, pursuant to the Texas court's June
2007 order, from a recent decision or decisions of the
United States District Court for the District of Minnesota
in an action brought by Mr. Buesgens against a law firm
and its attorneys.  It also appears that he may be seeking
review of the Texas court's June 2007 order itself and
possibly other orders from federal and state courts that
refer to the June 2007 order.

This court is a court of limited jurisdiction, which does
not include jurisdiction over the Minnesota case.
28 U.S.C. § 1295.  Indeed, Mr. Buesgens concedes that
this is not "a Patent case," and the case does not other-
wise fall within this court's limited jurisdiction.  More-
over, this court lacks jurisdiction to review the other cases
mentioned in the filing.  While this court is authorized to

BUESGENS v. BEST & FLANAGAN, LLP                    3

transfer a case pursuant to 28 U.S.C. § 1631, it would not be in the interest of justice to do so here because, among other things, it appears that Mr. Buesgens has already appealed the Minnesota case to the United States Court of Appeals for the Eighth Circuit, No. 17-1041.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is denied.  The case is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32

# EXHIBIT 14

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 14, 2017

Mr. Nevada Smith
P.O. Box 294
Morristown, MN  55052

      RE:  17-1041  Nevada Smith v. Best & Flanagan, LLP, et al

Dear Mr. Smith:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                            Michael E. Gans
                            Clerk of Court

JPP

Enclosure(s)

cc:    Mr. Richard Sletten

      District Court/Agency Case Number(s):  0:16-cv-02436-WMW

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 17-1041

---

Nevada Smith, also known as Michael L. Buesgens

Plaintiff - Appellant

v.

Best & Flanagan, LLP, Law Firm Respondent Superior; Steven R. Kruger, General Partner,
Officer, Registered Agent, Best & Flanagan, LLP; Charles C. Berquist, General Partner, Officer
Registered Agent, Best & Flanagan, LLP; Edward P. Sheu, Attorney, Agent, Best & Flanagan,
LLP; Timothy A. Sullivan, Attorney, Agent, Best & Flanagan, LLP

Defendants - Appellees

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-02436-WMW)

---

## JUDGMENT

Before BENTON, BOWMAN and SHEPHERD, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and
orders that this appeal be dismissed for lack of jurisdiction. Appellant's motion for leave to
proceed on appeal in forma pauperis is denied as moot.

March 14, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans



PITNEY BOWES
$ 002.870
02 1P
0001919219    MAR 20 2017
MAILED FROM ZIP CODE 55052
UNITED STATES POSTAGE

NEVADA SMITH
PO BOX 294
MARKSTOWN, MN 55052

PETER R. MARKSTEINER
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
CLERK'S OFFICE
717 MADISON PLACE, NW
WASHINGTON, DC 20439